IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  Lois J. Sharp,              )
                                    )    Case No:    12-46716
                                    )    Judge:      Wedoff
                                    )    Chapter     13
        Debtor                      )

## NOTICE OF MOTION

TO:    See attached Service List

PLEASE TAKE NOTICE that on March 27, 2014, at 9:00 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Wedoff or any other Bankruptcy Judge presiding in his place in Courtroom 744 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, on the attached Motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was either electronically delivered or mailed to all parties on the attached Service List on March 20, 2014.

/s/ Angie Lee

Angie S. Lee #6282075
Attorney Angie Lee, PC
4747 West Lincoln Mall Drive
Suite 410
Matteson, IL 60443
708-845-7958

Label Matrix for local noticing
0752-1
Case 12-46716
Northern District of Illinois
Chicago
Tue Feb 12 19:17:09 CST 2013

BURKE COSTANZA & CARBERRY
225 W Washington
Suite 2200
Chicago, IL 60606-3561

JPMorgan Chase Bank, N.A.
AZ1-1191
201 N. Central Ave.
Phoenix, AZ 85004-0073

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045-3438

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Ic Systems Inc
Po Box 64378
St. Paul, MN 55164-0378

Lighthouse Financial Group of
Illinois inc
PO Box 18512
Tampa, FL 33679-8512

M.C.O.A.
City of Calumet City
Municipal Collections of America Inc
3348 Ridge Road
Lansing, IL 60438-3112

Merrick Bk
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804-9001

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Angie S Lee
Attorney Angie Lee PC
4747 W. Lincoln Mall Drive
Suite 410
Matteson, Il 60443-3821

Lois J Sharp
3841 Highland Place
Country Club Hills, IL 60478-4834

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Us Bank
Po Box 5227
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC Bank USA, N.A., as Trustee for the re

(du)HSBC Bank USA, N.A., as Trustee for the r

End of Label Matrix
Mailable recipients 17
Bypassed recipients 2
Total 19

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **IN RE: Lois J. Sharp,** | ) |
| | ) **Case No:** 12-46716 |
| | ) **Judge:** Wedoff |
| | ) **Chapter** 13 |
| **Debtor.** | ) |

### MOTION TO INCUR DEBT

Now comes Lois J. Sharp (hereinafter "DEBTOR"), by and through her attorney, Attorney Angie Lee, PC, and moves this Honorable Court for entry of an Order to Incur Debt in order to purchase a vehicle, and in support thereof, respectfully represents as follows:

1. On November 28, 2012, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. Debtor has not converted the Chapter 13 case from a Chapter 7 case.

3. Debtor currently owns a 2007 Dodge Charger that is in need of several repairs that she cannot afford, namely new tires, shocks and issues with her steering wheel which are a result of this winter's tough driving conditions.

4. Debtor has been pre-approved to purchase a new vehicle which would require hardly any maintenance. See attached Exhibit A.

5. Debtor requests shortened notice so that she can surrender her current vehicle and drive to work in a safe vehicle.

6. The granting of this motion will not adversely affect any creditors because Debtor is not eligible for discharge.

Wherefore, Debtor Lois J. Sharp respectfully prays that this Court will enter an order to allow her to incur debt to purchase a new vehicle and for such other and further relief as this Court deems fair and just.

>Respectfully submitted,
>
>/s/ Angie S. Lee
>Attorney for the Debtor

Angie S. Lee #6282075
Attorney Angie Lee, PC
4747 West Lincoln Mall Drive
Suite 410
Matteson, IL 60443
708-845-7958