Simple Interest Contract

Stock Form No. IFI-26 (Rev. 7/11)
Copyright 2011, ILLIANA FINANCIAL, INC. Elmhurst, IL (All Rights Reserved)
Reorder from ILLIANA FINANCIAL, INC. P.O. Box 1127
Elmhurst, IL 60126, (630) 941-3838

## RETAIL INSTALLMENT CONTRACT – MOTOR VEHICLE – SIMPLE INTEREST

No. N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE — The cost of your credit as a yearly rate. | FINANCE CHARGE — The dollar amount the credit will cost you. | Amount Financed — The amount of credit provided to you or on your behalf. | Total of Payments — The amount you will have paid after you have made all payments as scheduled. | Total Sale Price — The total cost of your purchase on credit, including your downpayment of $600.00 |
|---|---|---|---|---|
| 23.98 % | $6129.25 | $18028.27 | $34157.52 | $34757.52 |

**Itemization of Amount Financed**
- Cash Price: $16995.00
- Less Cash Downpayment: $600.00
- Value of Trade-In: N/A
- Trade $: N/A
- Lien Payoff $: N/A
- Net Trade $: N/A
- Amounts Paid on Your Account:
- Unpaid Balance of Cash Price: $16395.00
- Amount Paid to Others for You "WE MAY BE RETAINING A PORTION OF THIS AMOUNT"
- Unpaid Balance Due on Trade-In: N/A
- Year, Make, Model of Buyer's Trade-In (Paid to): N/A
- Insurance Companies: N/A / N/A / N/A
- Public Officials (Licenses, Title & Taxes): $1442.00
- *Paid to ERT Service Provider for Optional ERT Fee: $25.00
- N/A
- N/A
- DOC FEE: $166.27

**Your payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $474.41 | monthly beginning 04/18/2014 |
| N/A | N/A | N/A |

**Security:** You are giving a security interest in the goods being purchased and in any moneys, credits or other property of yours in the possession of the Assignee, on deposit or otherwise.

**Late Charge:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less.

**Prepayment:** You have the right to prepay the unpaid balance in full or in part at anytime without penalty.
See your contract terms below and on the reverse side for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and further information about security interests.

Buyer(s): LOIS SHARP 3841 HIGHLAND PL COUNTRY CLUB HILLS IL 60478
(Names) (Residence Address) (City) (State) (Zip)

Buyer(s): N/A
(Names) (Residence Address) (City) (State) (Zip)

Seller: LARRY ROESCH CHRYSLER JEEP 200 W GRAND AVE ELMHURST IL 60126
(Corporate Firm or Trade Name) (Business Address) (City) (State) (Zip)

Seller hereby sells and Buyer or Buyers, jointly and severally, hereby purchase the following motor vehicle with accessories and equipment thereon for the deferred payment price and on the terms set forth in this contract. Buyer acknowledges delivery and acceptance of said motor vehicle in good condition.

| New or Used | Year | Make of Vehicle | Model | Body Style | No. Cyl. | Serial Number | Body Color | Top Color | Key No. |
|---|---|---|---|---|---|---|---|---|---|
| USED | 2013 | CHRYSLER | 200 LIM | N/A | N/A | | N/A | N/A | N/A |

Buyer promises to pay to the order of Seller at the offices of: CHRYSLER CAPITAL (Assignee) located in FT WORTH, TX XXXX

the Amount Financed shown above together with a Finance Charge on the principal balance of the Amount Financed from time to time unpaid at the rate of 23.98 %, beginning on APR 18th April 18th date until maturity in 2014 installments of $ 474.41 each and a final installment of $ _____ and continuing on the same day of each successive month thereafter until fully paid. All payments shall be applied first to accrued Finance Charge and the balance to principal. The Finance Charge has been computed on the scheduled unpaid balances of the Amount Financed on the assumption that all scheduled installments will be paid when due. Guarantor, if any, guarantees collection of all amounts due under this contract upon failure of the Seller to collect from the Buyer named herein.

**SECURITY INTERESTS:** Seller is granted a purchase-money security interest in the motor vehicle described above and all accessions under the Illinois Uniform Commercial Code until the Total of Payments and all future indebtedness for taxes, liens, repairs and insurance premiums advanced by holder hereunder are paid in full. Buyer grants assignee the right of set-off or lien on any moneys, credits or other property of Buyer in possession of the Assignee, on deposit or otherwise, excepting IRA or similar deposits. Seller is also granted a security interest in any premium rebates for insurance or service contracts, if financed hereunder, in the proceeds of any insurance or service contract on the motor vehicle, and in the proceeds of any credit life and/or accident and health insurance financed hereunder, until all amounts due under this contract are paid in full.

**ACCELERATION:** Buyer agrees that: (1) if Buyer shall default in the payment of any installment of the Total of Payments or any other indebtedness due hereon; or (2) Buyer shall fail to perform any agreement or warranty made by Buyer herein; or (3) if the motor vehicle shall be lost, stolen, substantially damaged, destroyed, sold, encumbered, removed, concealed, attached or levied upon; or (4) if the motor vehicle shall be seized or forfeited for violation of any law or ordinance, State, Federal or Municipal; or (5) a proceeding under any bankruptcy or insolvency statute shall be instituted by or against Buyer or Buyer's business or property, or Buyer shall make an assignment for benefit of creditors, or (6) if Buyer shall die or be adjudged incompetent; or (7) if holder shall, for reasonable cause, deem itself insecure; or (8) if Buyer shall fail to keep the motor vehicle fully insured for the entire term of this contract, the holder may declare all unpaid installments of the Total of Payments and all other indebtedness secured hereby immediately due and payable, without notice or demand, subject to right of reinstatement, if applicable.

**PREPAYMENT:** THE BUYER MAY PREPAY IN FULL OR IN PART THE UNPAID BALANCE OF THE CONTRACT AT ANY TIME WITHOUT PENALTY.

**DELINQUENCY CHARGE:** If any payment is ten (10) days late, you will be charged: i) 5% of the installment if the installment is in excess of $200.00; or ii) $10.00 if the installment is for $200.00 or less. In addition, Buyer agrees to pay reasonable attorneys' fees, costs and expenses incurred in the collection or enforcement of the debt or in realizing on the collateral. Buyer agrees to pay Finance Charges after maturity of the final installment or after acceleration upon default at the Annual Percentage Rate stated herein so long as there exists any uncured default hereunder, all without relief from valuation or appraisement laws.

**INSURANCE AGREEMENT:** Motor Vehicle Damage or Loss Insurance is required by Seller. (Buyer may choose any person through whom the insurance is to be obtained. If such insurance is to be obtained through Seller, the cost for a term of _____ months will be $ _____